# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2809

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Byron Scott Saul, | * | District of Nebraska. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: June 5, 2001
Filed: June 12, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Byron Scott Saul pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g), and was sentenced to 96 months of imprisonment and 3 years of supervised release. On appeal, he challenges the district court's[1] imposition of an enhancement for using the firearm in connection with another felony, and the court's assessment of his criminal history.

_____

[1]The Honorable William G. Cambridge, United States District Judge for the District of Nebraska, now retired.

We first conclude that the district court did not clearly err in applying the enhancement under U.S.S.G. § 2K2.1(b)(5). See United States v. Rohwedder, 243 F.3d 423, 428 (8th Cir. 2001) (standard of review). The evidence presented at sentencing supported the court's conclusion that Saul's conduct satisfied the elements of the Nebraska felony of terroristic threats. See Neb. Rev. Stat. § 28-311.01 (1995); State v. Tillman, 511 N.W.2d 128, 134 (Neb. Ct. App. 1993).

Second, we conclude that the district court did not clearly err in assessing criminal history points for a 1981 theft conviction. See United States v. Levi, 229 F.3d 677, 679 (8th Cir. 2000) (standard of review). The evidence presented at sentencing supported the court's determination that, within fifteen years of the date of his commission of the instant offense, Saul was serving a parole-revocation sentence arising from the theft conviction. See U.S.S.G. § 4A1.2(e)(1) and (k)(2)(B).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.